IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

STUART A. MACPHERSON,

                              Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                            Defendant.

Civil No. 09-82-TC

O R D E R

      Magistrate Judge Coffin filed his Findings and Recommendation on March 2, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this _19_ day of March, 2010.

                                                  _____
                                                Ann Aiken, United States District Judge

Order -- Page 1